PROB 12B
ED/AR (8/2002)

**United States District Court**
**for the**
**Eastern District of Arkansas**


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2012

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Brian Dandridge | Case Number: 4:12CR00060 SWW |
| Name of Sentencing Judicial Officer: | Honorable William Terrell Hodges<br>United States District Judge |
| | February 6, 2012: Transfer of jurisdiction accepted by the Honorable Susan Webber Wright, United States District Judge |
| Offense: | Conspiracy to Distribute Cocaine and to Possess with Intent to Distribute 500 Grams or more of Cocaine |
| Date of Sentence: | September 21, 2007 |
| Sentence: | 60 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, DNA testing, $100 special assessment |
| Type of Supervision: Supervised release | Date Supervision Commenced: May 20, 2011<br>Expiration Date: May 19, 2015 |
| Asst. U.S. Attorney: Jana Harris | Defense Attorney: Jenniffer Horan |

U.S. Probation Officer: Jason G. Ade
Phone No.: 870-972-8836

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

### CAUSE

On April 5, 2012, the defendant provided a urine specimen which tested positive for marijuana and was confirmed by Alere Laboratories. On April 16, 2012, the defendant provided a urine specimen which tested presumptively positive for marijuana and has been sent to Alere Laboratories for confirmation.

Prob 12B                                -2-                     Request for Modifying the
                                                                Conditions or Terms of Supervision
                                                                with Consent of the Offender

Name of Offender: Brian Dandridge                    Case Number: 4:12CR00060 SWW

_____                      _____
Jason G. Ade                                         Jana Harris
U.S. Probation Officer                               Assistant U.S. Attorney

Date: April 27, 2012                                 Date: 5-1-12

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

May 3, 2012
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

JGA/kle

c:  Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203
    Federal Public Defender, Jenniffer Horan 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

Witness: _____  Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

April 27, 2012
DATE