PROB 12B
ED/AR (12/2012)



# United States District Court

### for the

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 29 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender:  Brian Dandridge | Case Number:  4:12CR00060-10 SWW |

Name of Sentencing Judicial Officer:     Honorable William Terrell Hodges
United States District Judge

February 6, 2012:  Transfer of jurisdiction accepted by the
Honorable Susan Webber Wright, United States District
Judge

May 3, 2012:  Modification of conditions to include
substance abuse treatment, testing, and alcohol abstinence

Offense:          Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams
or more of Cocaine Hydrochloride

Date of Sentence:     September 19, 2007

Sentence:          60 months Bureau of Prisons, 4 years supervised release, mandatory drug
testing, DNA testing, $100 special assessment

Type of Supervision:  Supervised release          Date Supervision Commenced: May 20, 2011
Expiration Date:  May 19, 2015

Asst. U.S. Attorney:  Jana Harris          Defense Attorney:  To be assigned

U.S. Probation Officer: Jason G. Ade
Phone No.: 870-972-8836

---

## PETITIONING THE COURT

☐     To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒     To modify the conditions of supervision as follows:

The defendant shall satisfactorily participate in a substance abuse treatment program, to include testing,
as approved by the U.S. Probation Office.  The defendant shall contribute to the costs of such treatment
not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding
Scale for Services" and shall cooperate in securing any applicable third-party payment, such as insurance
or Medicaid.

Prob 12B                                       -2-                              Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                              with Consent of the Offender

Name of Offender:  Brian Dandridge                    Case Number:  4:12CR00060-10 SWW

### CAUSE

According to information provided by U.S. Probation Officer Wesley Swinton in the District of South
Carolina, on April 11, 2014, Mr. Dandridge provided a urine specimen that tested and confirmed
positive for marijuana.  The District of South Carolina is requesting the above condition be placed on
Mr. Dandridge to allow the use of a sliding scale if treatment services are deemed necessary.

Jason G. Ade                                           Jana Harris
U.S. Probation Officer                                 Assistant U.S. Attorney

Date: May 15, 2014                                     Date:  5-21-14

Approved:

Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐  No Action
☒  The Extension of Supervision as Noted Above
☑  The Modification of Conditions as Noted Above
☐  Other

Signature of Judicial Officer

5-29-2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, To be assigned, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

Prob 49
(Rev. 07/13 - D/SC)

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation/Supervised Release or my period of supervision being extended.  By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation/Supervised Release or to the proposed extension of my term of supervision:

The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office.  The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved  "U.S. Probation Office's Sliding Scale for Services" and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid."

Witness: _____          Signed: _____
Wesley Swinton                                      Brian Dandridge
U.S. Probation Officer                              Supervised Releasee

4-17-14
_____
Date